IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE RAY ADAMS (# L7877)**                                      **PLAINTIFF**

**v.**                                                          **No. 4:08CV96-P-A**

**MISSISSIPPI STATE PRISON, ET AL.**                                 **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 21, 2008, the court entered an order requiring the plaintiff to complete and return his *in forma pauperis* application and supporting papers. The order cautioned the plaintiff that failure to comply would result in the dismissal of this case. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has expired. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED,** this the 5th day of December, 2008.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE